**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
(State)

Case number (If known): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual     12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**   Sprout Mortgage, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   Principal place of business:

   90 Merrick Avenue
   Number   Street

   _____

   Fresh Meadows      NY      11554
   City               State   ZIP Code

   Nassau County
   County

   Mailing address, if different:

   Number   Street

   P.O. Box

   City   State   ZIP Code

   Location of principal assets, if different from principal place of business

   Number   Street

   _____

   City   State   ZIP Code

Official Form 205         Involuntary Petition Against a Non-Individual         page 1

Debtor     Sprout Mortgage LLC                              Case number (if known) _____
           Name

6. **Debtor's website** (URL) _____

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                           MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
                                           MM / DD / YYYY

### Part 3: Report About the Case

10. **Venue**

    Check one:
    - ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    *At least one box must be checked:*
    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Sprout Mortgage, LLC
         Name                                                                 Case number (if known)

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| New Wave Leanding Group, Inc. | Flow Mortgage Loan Purchase and Sale Agreement. | $ 561,501.60 |
| JMJ Financial Group | Flow Mortgage Loan Purchase and Sale Agreement. | $ 198,670 |
| EF Mortgage LLC | Flow Mortgage Loan Purchase and Sale Agreement. | $ 585,475.40 |
| | Total of petitioners' claims | $ 1,345,647 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

New Wave Lending Group, Inc.
Name

1199 Fairway Drive
Number   Street

City of Industry         California    91789
City                     State         ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City     State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/30/2023
              MM / DD / YYYY

X _____   CEO
Signature of petitioner or representative, including representative's title

**Attorneys**

ALBENA PETRAKOV
Printed name

   Offit Kurman
Firm name, if any

590 Madison Ave, 6th Floor
Number   Street

New York              NY      10022
City                  State   ZIP Code

Contact phone  212-380-4106   Email  apetrakov@offitkurman.com

Bar number   4823274

State   NY

X _____
Signature of attorney

Date signed  07/03/2023
             MM / DD / YYYY

Debtor  Sprout Mortgage, LLC
        Name

Case number (if known) _____

### Name and mailing address of petitioner

EF Mortgage LLC
Name

711 Third Avenue, Suite 501
Number   Street

New York          New York       10017
City              State          ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City              State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

ALBENA PETRAKOV
Printed name

Offit Kurman
Firm name, if any

590 Madison Ave, 6th Floor
Number   Street

New York          NY             10022
City              State          ZIP Code

Contact phone  212-380-4106   Email  apetrakov@offitkurman.com

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

### Name and mailing address of petitioner

JMJ Financial Group
Name

26800 Aliso Viejo Parkway, Suite 200
Number   Street

Allo Viejo,        California      92656
City              State          ZIP Code

### Name and mailing address of petitioner's representative, if any

Virgil Kyle
Name

26800 Aliso Viejo Pkwy suite 200
Number   Street

Aliso Viejo        CA             92656
City              State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07 01 2023
             MM / DD / YYYY

✗ _/s/ signed_
Signature of petitioner or representative, including representative's title

Albena Petrakov
Printed name

Offit Kurman
Firm name, if any

590 Madison Ave, 6th Floor
Number   Street

New York          NY             10022
City              State          ZIP Code

Contact phone _____   Email _____

Bar number  4823274

State  NY

✗ _/s/ signed_
Signature of attorney

Date signed  07/03/2023
             MM / DD / YYYY


| Debtor | Sprout Mortgage, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**Name and mailing address of petitioner**

EF Mortgage LLC
Name

711 Third Avenue, Suite 501
Number   Street

New York / New York / 10017
City / State / ZIP Code

**Name and mailing address of petitioner's representative, if any**

Daniel Margolis c/o Ellington Management Group
Name

711 Third Ave, Suite 501
Number   Street

New York / NY / 10017
City / State / ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   06/30/2023
              MM / DD / YYYY

X _____   General Counsel
Signature of petitioner or representative, including representative's title

---

ALBENA PETRAKOV
Printed name

Offit Kurman
Firm name, if any

590 Madison Ave, 6th Floor
Number   Street

New York / NY / 10022
City / State / ZIP Code

Contact phone  212-380-4106    Email  apetrakov@offitkurman.com

Bar number  4823274

State  NY

X _____
Signature of attorney

Date signed  07/03/2023
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

JMJ Financial Group
Name

26800 Aliso Viejo Parkway, Suite 200
Number   Street

Alio Viejo, / California / 92656
City / State / ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City / State / ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Albena Petrakov
Printed name

Offit Kurman
Firm name, if any

590 Madison Ave, 6th Floor
Number   Street

New York / NY / 10022
City / State / ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State  _____

X _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY